**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6973**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAULETTE A. HIGGINS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-98-429, CA-99-1264-AM)

_____

Submitted:  December 14, 2000        Decided:  December 21, 2000

_____

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Paulette A. Higgins, Appellant Pro Se.  John Patrick Pierce, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paulette A. Higgins seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's decision rendered from the bench and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court as reflected in the transcript of the June 14, 2000, hearing. <u>United States v. Higgins</u>, Nos. CR-98-429; CA-99-1264-AM (E.D. Va. filed June 14, 2000; entered June 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>